**NORMA A. AGUILAR**
California State Bar No. 211088
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Norma_Aguilar@fd.org

Attorneys for Mr. Cruz-Tercero

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM MCCURINE, JR.)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07MJ2481-WMC |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| PEDRO CRUZ-TERCERO, | ) | |
| Defendant. | ) | |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                    Respectfully submitted,

Dated: October 31, 2007                        */s/ Norma Aguilar*
                                                   **NORMA AGUILAR**
                                                     Federal Defenders of San Diego, Inc.
                                                     Attorneys for Mr. Cruz-Tercero
                                                   Norma_Aguilar@fd.org

**CERTIFICATE OF SERVICE**

  Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

  Courtesy Copy to Chambers

  Copy to Assistant U.S. Attorney via ECF NEF

Dated:  October 31, 2007        /s/ *Norma Aguilar*
                **NORMA AGUILAR**
                Federal Defenders of San Diego, Inc.
                225 Broadway, Suite 900
                San Diego, CA  92101-5030
                (619) 234-8467  (tel)
                (619) 687-2666  (fax)
                Email: Norma_Aguilar@fd.org